**Jason K. Singleton, State Bar #166170**
**jason@singletonlawgroup.com**
**Richard E. Grabowski, State Bar # 236207**
**rgrabowski@mckinleyville.net**
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, HERBERT S. OLSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No.  2:08-CV-298 WBS DAD |
| Plaintiff, | REQUEST TO APPEAR BY TELEPHONE AT INITIAL SCHEDULING CONFERENCE (PROPOSED) ORDER |
| v. | |
| NYACO, INC., a California corporation, dba KINGVALE SHELL STATION, STEWART WELLS and MARY ANN WELLS Trustees of the STEWART AND MARY ANN WELLS FAMILY 1995 REVOCABLE TRUST DATED MAY 8, 1998, and DOES ONE to FIFTY, inclusive, | DATE:  May 19, 2008 TIME:  2:00 P.M. CTRM:  5 |
| Defendants. | |

Plaintiff respectfully requests counsel, RICHARD E. GRABOWSKI, be allowed to appear at the Initial Scheduling Conference via telephone on May 19, 2008.

Plaintiff's counsel JASON K. SINGLETON is scheduled to appear in the Northern District Court at San Francisco on May 19, 2008, at 4:00 p.m.  Counsel RICHARD E. GRABOWSKI is scheduled to appear on May 19, 2008, via telephone before Judge Karlton at 3:30 p.m. and therefore requests he be allowed to appear in the within matter by telephone. Mr. Grabowski will be available at (707) 441-1177 to call or to be called by the Court at 2:00 p.m.

**SINGLETON LAW GROUP**

Dated:     May 5, 2008          /s/ Richard E. Grabowski
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**HERBERT S. OLSON**

ORDER

Plaintiff's Counsel's request to appear at the Initial Scheduling Conference is granted. If, after reviewing the Status Reports of counsel, the court determines that a Status Conference is still necessary, plaintiff's Counsel shall be available on May 19, 2008, at 2:00 p.m. until completion of the conference at (707) 441-1177 to receive the Court's call.

DATED: May 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE