**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, HERBERT OLSON**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>NYACO, INC., a California corporation, dba KINGVALE SHELL STATION, STEWART WELLS and MARY ANN WELLS Trustees of the STEWART AND MARY ANN WELLS FAMILY 1995 REVOCABLE TRUST DATED MAY 8, 1998, and DOES ONE to FIFTY, inclusive,<br><br>　　　Defendants. | Case No.  2:08-CV-298-WBS-DAD<br><br>REQUEST FOR APPEARANCE BY TELEPHONE and (~~PROPOSED~~) ORDER<br><br>DATE:  September 2, 2008<br>TIME:   2:00 P.M.<br>CTRM: 5 |

　　　Plaintiff's requests that he/she/it be permitted to participate by telephone at the hearing on the Motion to Allow Plaintiff's Counsel to Withdraw From Representation set for 2:00 P.M. on September 2, 2008.

　　　Plaintiff's counsel of record is located in Humboldt County, California.  Plaintiff's counsel seeks by this request to avoid the unnecessary burden and expense of traveling to Sacramento, California, to participate in the proceeding in person as Plaintiff's Counsel is seeking to withdraw in all the cases in which he represents Plaintiff Herbert Olson and has 4 separate hearings set on September 2, 3 and 5, 2008.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.

Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on September 2, 2008, at 2:00 p m. or such other time as designated by the Court.

**SINGLETON LAW GROUP**

Dated:     August 14, 2008          /s/ Jason K. Singleton
                                     Jason K. Singleton, Attorneys for Plaintiff,
                                     **HERBERT OLSON**

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton may appear by telephone on September 2, 2008, at the Motion to Withdraw hearing. Mr. Singleton shall be available at (707) 441-1177 to receive a call from the Court at 2:00 p m. until such time as the hearing is conducted. Plaintiff Herbert Olson shall appear personally at the hearing.

IT IS SO ORDERED.

Dated:     August 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE