UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HERBERT S. OLSON,

        Plaintiff,                    NO. CIV. 08-00298 WBS DAD

v.

NYACO, INC., a California Corporation, dba KINGVALE SHELL STATION, STEWART WELLS and MARY ANN WELLS Trustees of the STEWART AND MARY ANN WELLS FAMILY 1995 REVOCABLE TRUST DATED MAY 8, 1998, and DOES ONE through FIFTY, inclusive,    ORDER

        Defendants.
_____/

----oo0oo----

        Plaintiff Herbert S. Olson, his counsel, and counsel for defendant Nyaco, Inc. appeared for a hearing on plaintiff's counsel's Motion to Withdraw as Attorney.  At the hearing, plaintiff indicated that he had yet to obtain new counsel, but wished to proceed pro se.  The court, therefore, will grant counsel's Motion to Withdraw as Attorney and substitute plaintiff pro se.

        Pursuant to Local Rule 72-302(c)(21), this case is

1 | hereby referred to the assigned magistrate judge, DALE A. DROZD,
2 | for all further proceedings consistent with the provisions of
3 | the rule.  All dates currently pending are vacated.
4 |         IT IS SO ORDERED.
5 | DATED:  October 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE